IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY WADE JACKSON                                                                                   PLAINTIFF

v.                                           Case No. 4:23-cv-04060

CONNIE MITCHELL; CONNOR HERROLD;
LOUIS WHITE; JAMES ROSS; JAMES HEATH;
GOLDEN ADAMS; and ALICE MILLER                                                        DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 15. Judge Comstock recommends that this case be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. (ECF No. 1).

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.[1]  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 15) *in toto*.  Plaintiff's Complaint (ECF No. 1) is **DISMISSED**. The Clerk is hereby directed to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration.  Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal will not be taken in good faith.

**IT IS SO ORDERED**, this 29th day of August, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] On August 9, 2023, Plaintiff filed a Motion for Leave to File Second Amended Complaint.  ECF No. 16.  Upon review, it appears the document is markedly similar to Plaintiff's Amended Complaint (ECF No. 13) and does not remedy the shortcomings in Plaintiff's Amended Complaint.  ECF No. 16.